ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel: (408) 421-3403
Fax: (408) 351-0261

**E-Filed 4/14/09**

Attorney for Plaintiffs

ANTHONY D. PRINCE (S.B.N. 202892)
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: (510) 845-5475
Fax: (510) 597-1369
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| JUAN AISPURO | Case No.: C08-05256 JF |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE & [PROPOSED] ORDER |
| vs. | |
| MANUELS AUTO BODY et. al. | |
| Defendants | |

Plaintiff, and Defendant, through their counsel, hereby stipulate as follows:

1. Plaintiff filed the Complaint on November 20, 2008.

2. Plaintiff made several attempts to serve the Defendant, but soon realized the address at which Plaintiff was attempting service was not correct. Plaintiff corrected this error and properly served the Defendant at his place of business on February 23, 2009.

3. After receiving no response to the complaint, Plaintiff contacted Defendant to determine when a response would be made.

REQUEST FOR CONTINUANCE
Aispuro, et al v. Manuels Auto Body., et al

4. Defendant stated that he was still in the process of securing counsel, and put Plaintiff into contact with counsel.

5. Counsel have now had the chance to confer regarding this matter, and Parties assure this court the matter moving forward, but Defense counsel requires some time to become familiar with the matter at hand.

6. Furthermore, Parties both indicated a desire to resolve this issue as promptly as possible and feel prompt resolution may be feasible.

7. To that end, Parties would like to respectfully request that the court continue this matter.

8. As such, parties stipulate to continue the Initial Case Management Conference currently scheduled on April 17, 2009 to a May 22, 2009.

Respectfully submitted:

Dated:  4/8/2009          By:     /s/ Adam Pedersen_____
                                  ADAM PEDERSEN
                                  Attorney for Plaintiffs

Dated:  4/8/2009          By:     /s/ _Anthony D. Prince_____
                                  Attorney for Defendants

_____

[PROPOSED] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Initial Case Management Conference currently scheduled on April 17, 2009 be continued to for 45 days to May 22, 2007.

IT IS SO ORDERED.

Dated:  4/9/09                    _____
                                  Honorable J. Fogel
                                  United States Judge

1                                                C08-05256 JF

REQUEST FOR CONTINUANCE
Aispuro, et al v. Manuels Auto Body., et al