ADAM WANG (BAR NO. 201233)
ADAM PEDERSEN (BAR NO. 261901)
12 South First Street, Suite 708
SAN JOSE, CA 95113
Tel:  (408) 421-3403
Fax:  (408) 351-0261

**E-Filed 8/19/2009**

Attorney for Plaintiffs

ANTHONY D. PRINCE (S.B.N. 202892)
Law Offices of Anthony D. Prince
2425 Prince Street, Ste. 100
Berkeley, CA 94705
Tel: (510) 845-5475
Fax: (510) 597-1369
Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN AISPURO<br><br>Plaintiff,<br><br>vs.<br><br>MANUELS AUTO BODY et. al.<br><br>Defendants | Case No.: C08-05256 JF<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE & MEDIATION<br><br>[PROPOSED] ORDER |

Plaintiff, and Defendant, through their counsel, hereby stipulate as follows:

1. A Case Management Conference in the above-captioned matter is now set for August 21, 2009 at 10:30 a.m.  Mediation is set for August 20, 2009.

2. Counsel for Defendant has been forced to deal with a serious family medical issue for which he has had to leave town.  Accordingly, Counsel for Plaintiff was contacted and agreed to a Stipulation to Continue the Case Management Conference and extend time to mediate.

1    3.    As such, parties stipulate to continue the Case Management Conference currently scheduled for August 21, 2009 for 45 days October 6, 2009 or as soon thereafter as is acceptable to the Court and to extend time to mediate to October 5, September 24, 2009.

Respectfully submitted:

Dated: 8/17/2009    By:    /s/ Adam Pedersen_____
    ADAM PEDERSEN
    Attorney for Plaintiffs

Dated: 8/17/2009    By:    /s/ _Anthony D. Prince_____
    ANTHONY D. PRINCE
    Attorney for Defendants

---

### [PROPOSED] ORDER

Pursuant to party's stipulation, IT IS HEREBY ORDERED that the Case Management Conference currently scheduled on August 21, 2009 be continued to October 9, 2009 and that the time to mediate be extended from August 20, 2009 to October 5, 2009.

IT IS SO ORDERED.

Dated: August 18, 2009              _____
    Honorable J. Fogel
    United States Judge